245 So.2d 827

**Caliph WASHINGTON**

v.

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**6 Div. 849.**

Supreme Court of Alabama.

Feb. 25, 1971.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

Orzell Billingsley, Jr., Birmingham, opposed.

LAWSON, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Washington v. State, 46 Ala.App. 539, 245 So.2d 824.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.

238 So.2d 716

**Ex parte Choyce E. Windham.**

**In re Choyce E. WINDHAM**

v.

**Hon. Telfair J. MASHBURN, as Judge of the Circuit Court of Baldwin County, Alabama, In Equity.**

**1 Div. 619.**

Supreme Court of Alabama.

Aug. 20, 1970.

Chason, Stone & Chason, Bay Minette, for petitioner.

J. B. Blackburn, Bay Minette, McDermott & Slepian, Mobile, for respondent.

COLEMAN, Justice.

In this proceeding, one of the respondents to a bill of complaint filed by Ray E. Loper Lumber Company, Inc., a corporation, separately applies for the same relief which was sought by the other respondents in Ex parte N. S. Whitman et al., v. Mashburn, 286 Ala. 209, 238 So.2d 709, decided this day.

The bill of complaint, the issues, and the result are the same in both cases.

Writ awarded conditionally.

LIVINGSTON, C. J., and BLOODWORTH, MADDOX and McCALL, JJ., concur.